THOMAS MANITTA, Respondent, v. TOWN OF GEDDES et al., Appellants.—

8

5

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.